UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 2 8 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

MOHSEN KHOSHMOOD,

    Plaintiff,

v.            Civil Action No. 17-1579 (UNA)

NANCY A. BERRYHILL,

    Defendant.

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint without prejudice.

Complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense

and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The Court has reviewed the complaint and finds that it fails to set forth factual allegations with respect to this Court's jurisdiction, plaintiff's claim showing her entitlement to relief, or a demand for some particular form of relief. The pleading, titled "A DIALOGUE CONCERNING THE PRESENT-DAY UNITED STATES & THE FUTURE FOR THIS COUNTRY ABSENT SIGNIFICANT CHANGE," recounts plaintiff's personal experiences and presents plaintiff's musings on the state of this nation. The complaint, as drafted, does not comply with Rule 8(a). The Court therefore will dismiss the complaint without prejudice. An Order consistent with this Memorandum Opinion is issued separately.

/s/ Amy Jackson
United States District Judge

DATE: 8/25/17